1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  RUBEN CAMPOS

6

7                       UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) | D.C. No. CR 05-00117-PHJ |
|---|---|---|
| | ) | (San Francisco) |
| Plaintiff, | ) | |
| | ) | **ORDER MODIFYING** |
| vs. | ) | **CONDITIONS** |
| | ) | **OF PRETRIAL RELEASE** |
| RUBEN CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Joseph C. Spero |

   For Good Cause Shown, IT IS HEREBY ORDERED that the release conditions

of defendant Ruben Campos shall be modified to terminate the condition of electronic

monitoring.  All other conditions shall remain in effect.


DATED: June 23, 2005            /s/ Joseph C. Spero
                                JOSEPH C. SPERO
                                U.S. Magistrate Judge

1