SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
RUBEN CAMPOS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>                    Plaintiff,           )<br>                                                       )<br>        vs.                                       )<br>                                                       )<br>RUBEN CAMPOS,                       )<br>                                                       )<br>                    Defendant.       )<br>_____ ) | D.C. No. CR 05-00117-PHJ<br>(San Francisco)<br><br>**REQUEST FOR EXONERATION OF BAIL AND PROPOSED ORDER**<br><br>Judge: Hon. Joseph C. Spero |

    Defendant RUBEN CAMPOS was sentenced by the district court on June 14, 2006 and ordered to surrender to the institution designated by the Bureau of Prisons on or before October 6, 2006. The undersigned has verified with the Bureau of Prisons that Mr. Campos surrendered and began serving his sentence at FCI Sheridan in Sheridan, Oregon as ordered.

    The bail bond for this defendant was secured by two homes: (1) 729 Santa Ana Dr., Santa Rosa, CA 95404, owned by Alicia V. Campos, and (2) 345 Taylor View Drive, Santa Rosa, CA, owned by Sofia Campos. Defendant hereby respectfully requests the Court to issue an order exonerating his bail bond, and directing the United States District Court Clerk to execute the Request for Full Reconveyance of each property posted by the sureties (reconveyance document to be

supplied by defense counsel), and to return the necessary documents to defense counsel, who will forward them to the sureties for recording in Sonoma County.

DATED: October 12, 2006

                                        Respectfully submitted,

                                        /S/   Suzanne A. Luban
                                        SUZANNE A. LUBAN
                                        Counsel for Defendant

_____

## ORDER

For Good Cause Shown, the bail bond herein is hereby exonerated, and the United States District Court Clerk is directed to execute the Request for Full Reconveyance of each property posted by the sureties, and to return the necessary reconveyance documents to Mr. Campos' counsel for recording.

DATED: ____October 20_____, 2006

                                        Judge Joseph C. Spero

2